**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONNA GROGAN,**

         **Plaintiff,**

**-vs-**                                  **Case No. 6:06-cv-280-Orl-28DAB**

**S & G SERVICES, LIMITED, INC.,**
**BEVERLY ZICHECK,**

         **Defendants.**

_____

## ORDER AND NOTICE OF RESCHEDULING

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLETE SETTLEMENT CONFERENCE (Doc. No. 28)**
>
> **FILED:**   **November 6, 2006**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Settlement Conference set for November 13, 2006 is rescheduled for **December 18, 2006 at 10:00 a.m.** in Courtroom #6 before the Honorable David A. Baker.

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2006.

                                                  *David A. Baker*
                                                 DAVID A. BAKER
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record